## 210　CASES IN THE SUPREME COURT

Nov. Term,
1858.

THE STATE
v.
CUSTER.

Friday,
December 3.

11a 210
137 168

BRIGHTWELL v. McLANE.

APPEAL from the *Wayne* Court of Common Pleas.

*Per Curiam.*—In this case no exception was taken to any ruling of the Court. The record presents nothing for our consideration in such a case, as we have repeatedly decided (1). The affirmance is no indication, therefore, of any opinion on the questions ruled below; for we have not looked into them.

The judgment is affirmed, with 5 per cent. damages and costs.

*J. Perry* and *W. A. Bickle*, for the appellant.

*G. W. Julian*, for the appellee.

(1) See *Jolly* v. *The Terre Haute Drawbridge Co.*, 9 Ind. R. 417, 421.